UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No. 26-cv-00796-SK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.36.220, | |
| Defendant. | Regarding Docket No. 14 |

On June 30, 2026, Plaintiff Strike 3 Holdings, LLC filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 14.) Defendant has not filed an answer or motion for summary judgment. Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE. All case deadlines and hearings, including the September 28, 2026 case management conference, are HEREBY VACATED. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: June 30, 2026

_____
SALLIE KIM
United States Magistrate Judge